| | |
|---|---|
| 1 | **Elizabeth Rojas, Chapter 13 Trustee**<br>**15060 Ventura Blvd.**<br>**Suite 240**<br>**Sherman Oaks, CA  91403**<br>**Telephone:    (818) 933-5700**<br>**Facsimile: (818) 933-5755** |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| In re:<br><br>**LARS MATTHEW RUSSELL**<br>**13361 DEBBY ST.**<br>**VAN NUYS,  CA  91401**<br><br><br>Debtor(s). | **Chapter 13**<br>**Case No.:  SV09-18440-AA**<br><br>**NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT, OBTAIN DISCHARGE OF DEBTOR, AND CLOSE CASE** |
|---|---|

TO:  THE ABOVE NAMED DEBTOR(S), CREDITORS, THE UNITED STATES TRUSTEE FOR THE CENTRAL DISTRICT OF CALIFORNIA AND ALL OTHER PARTIES IN INTEREST:

   NOTICE IS HEREBY GIVEN that the Chapter 13 Trustee in the above-captioned case whose name and address is set forth in the upper left-hand corner of this notice, intends to file a Final Report and Account, a summary of which is attached hereto; and

   NOTICE IS FURTHER GIVEN that in the event no objection is filed within thirty (30) days after the date of this Notice, the Court will discharge the Debtor and, upon request by the trustee, will discharge the trustee's bond and close the case (see 11 U.S.C. 350 (a) and Rule 5009, F.R.B.P.); and

   NOTICE IS FURTHER GIVEN that any objection together with a notice setting forth the date, time and location of the hearing on the objection, shall be filed with this Court and served upon the Chapter 13 Trustee at the address set forth above, upon the Debtor(s) and Debtor's attorney, if any, and upon the Office of the United States Trustee.

   Failure to schedule a hearing and serve notice thereof shall be deemed a waiver/withdrawal of any objection, and the case will be closed accordingly.  Filing a claim or amended claim does not constitute filing an "objection" for purposes of case closing.  Contact your attorney for more information.

   Executed on 9/19/2014 at Sherman Oaks, California.


                                                                                    /s/ Elizabeth F. Rojas

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

IN RE: LARS MATTHEW RUSSELL
13361 DEBBY ST.
VAN NUYS, CA 91401

Case No.: SV09-18440-AA
Judge: Alan M. Ahart

# DRAFT FINAL REPORT AND ACCOUNT

This case was: **COMPLETED**

SSN#1 - XXX-XX-2374
SSN#2 -

| This Case was: commenced on 07/09/2009 | The Plan was: Confirmed on 09/15/2009 | The last payment was: received on 09/04/2014 |
|---|---|---|

The trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all distributions through the above referenced Plan.

RECEIPTS: Amounts paid to the trustee by or for the Debtor for the benefit of creditors:           $40,734.00

## DISTRIBUTIONS TO CREDITORS

| NAME OF CREDITOR | DESCRIPTION | CLASS | CLAIM AMOUNT | AMOUNT PAID | INTEREST PAID | BALANCE DUE |
|---|---|---|---|---|---|---|
| Bank Of America | | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Barclays Bank Delaware | | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Calif State Bd of Equalization | | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| California Bank & Trust | | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| California Bank & Trust | '05 CHEVY VAN | SECURED CLASS | 7,327.61 | 7,327.61 | 0.00 | 0.00 |
| Capital One, N.A. | 1ST TD | SECURED OMIT | 0.00 | 0.00 | 0.00 | 0.00 |
| Citibank NA | 2ND TD - MTA GRANTED 0 | PRINCIPAL RESI | 0.00 | 0.00 | 0.00 | 0.00 |
| Citibank NA | | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIBANK, N.A. | | UNSECURED | 3,339.79 | 532.03 | 0.00 | 0.00 |
| Discover Bank/ DFS Services LLC | | UNSECURED | 12,510.61 | 1,992.94 | 0.00 | 0.00 |
| EAST BAY FUNDING, LLC | DEBT NOT LSTD | UNSECURED | 35,362.24 | 5,633.20 | 0.00 | 0.00 |
| Michael D. Mottesheard | | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA Receivables Management LLC As Agent Of | | UNSECURED | 1,227.16 | 195.49 | 0.00 | 0.00 |
| PRA Receivables Management LLC As Agent Of | | UNSECURED | 3,104.56 | 494.56 | 0.00 | 0.00 |
| PRA Receivables Management LLC As Agent Of | | UNSECURED | 12,945.47 | 2,062.21 | 0.00 | 0.00 |
| PRA Receivables Management LLC As Agent Of | | UNSECURED | 11,224.79 | 1,788.11 | 0.00 | 0.00 |
| PRA Receivables Management LLC As Agent Of | | UNSECURED | 23,333.19 | 3,716.98 | 0.00 | 0.00 |
| PRA Receivables Management LLC As Agent Of | | UNSECURED | 21,039.14 | 3,351.54 | 0.00 | 0.00 |
| Sandra C. Davis | | SECURED OMIT | 0.00 | 0.00 | 0.00 | 0.00 |
| WaMu/Providian | | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Wells Fargo | | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Wells Fargo | | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Wells Fargo Bank, N.A. | | UNSECURED | 33,760.99 | 5,378.13 | 0.00 | 0.00 |
| Wells Fargo Bank, N.A. | | UNSECURED | 16,311.87 | 2,598.48 | 0.00 | 0.00 |

## SUMMARY OF CLAIMS ALLOWED AND PAID

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | TOTAL PAID PRIN. & INT. |
|---|---|---|---|---|---|---|---|
| AMT. ALLOW | 7,327.61 | 0.00 | 174,159.81 | | 0.00 | 181,487.42 | 35,071.28 |
| PRIN. PAID | 7,327.61 | 0.00 | 27,743.67 | | 0.00 | 35,071.28 | |
| INT. PAID | 0.00 | 0.00 | 0.00 | | | 0.00 | |

## DISBURSEMENTS PURSUANT TO AN ORDER OF THE COURT

| DEBTOR'S ATTORNEY C MORTON & ASSOCIATES, PLC | FEE ALLOWED 2,000.00 | FEE PAID THROUGH PLAN 2,000.00 |
|---|---|---|

COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION

| FILING FEE & DEPOSIT: 0.00 | TRUSTEE EXP. & COMPENSATION FUND: 2,340.98 | OTHER COST: 0.00 | TOTAL: 2,340.98 |
|---|---|---|---|

### NOTICE Re: Accuracy of Final Report

The Final Report in this case will be filed not less than 30 days from today's date. The financial accounting portion of the Final Report represents an accurate summary of the fiscal transactions in this case. However, other information contained in the Final Report, including the number and dates of debtor defaults and plan modifications, "claim asserted" amounts, value of assets exempted or abandoned by court order, etc. may not reflect all information in the court's records, particularly in older or dismissed/converted cases. You may wish to log onto the court's document website at www.pacer.com, if you wish to verify the accuracy of non-financial information in the Final Report. There is a charge for accessing this website.

DATED: September 16, 2014                                       /s/ Elizabeth F. Rojas

| CASE NO: SV09-18440-AA | LARS MATTHEW RUSSELL |
|---|---|
| In re: **LARS MATTHEW RUSSELL** <br> Debtor(s) | **Chapter: 13** <br> Case Number: SV09-18440-AA |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address 15060 Ventura Blvd, Suite 240, Sherman Oaks, CA 91403.

The foregoing document described **NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT, OBTAIN DISCHARGE OF TRUSTEE AND CLOSE CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service Information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **9/16/2014** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here contitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service Information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (Indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/16/2014 | Jenna Stockel | /s/ Jenna Stockel |
|---|---|---|
| Date | Type Name | |

| | | |
|---|---|---|
| LARS MATTHEW RUSSELL<br>13361 DEBBY ST.<br>VAN NUYS, CA 91401 | C MORTON & ASSOCIATES, PLC<br>15915 VENTURA BLVD #301<br>ENCINO, CA 91436 | Bank Of America<br>Re: Martin Investigation Agency<br>839 E Palmdale Blvd<br>Palmdale, CA 93550 |
| Barclays Bank Delaware<br>125 South West Str<br>Wilmington, DE 19801 | Calif State Bd of Equalization<br>Attn: Special Procedures Mail 55<br>450 N Street<br>Sacramento, CA 95814 | California Bank & Trust<br>2460 So 3270 W<br>West Valley, UT 84119 |
| PRA Receivables Management LLC<br>As Agent Of<br>Portfolio Recovery Associates LLC<br>POB 12914<br>Norfolk, VA 23541 | Citibank NA<br>1000 Technology Dr<br>O Fallon, MO 63368 | Discover Bank/ DFS Services LLC<br>POB 3025<br>New Albany Ohio, 43054 |
| Capital One, N.A.<br>P O Box 21887<br>Eagan, MN 55121 | Michael D. Mottesheard<br>1921 Davis St.<br>Corona, CA 92882 | Sandra C. Davis<br>1411 Fairmont Loop<br>Coeur D'Alene, ID 83814 |
| WaMu/Providian<br>Po Box 9180<br>Pleasanton, CA 94588 | Wells Fargo<br>Re: Professional Record Storage<br>665 W Lancaster Blvd<br>Lancaster, CA 93534 | Wells Fargo<br>Re: Professional Record Storage<br>P O Box 54349<br>Los Angeles, CA 90054 |
| Wells Fargo Bank, N.A.<br>MAC S4101-08C<br>100 W. Washington St. Phoenix, AZ<br>85003 | Wells Fargo Bank, N.A.<br>c/o Wells Fargo Card Services<br>Recovery Department<br>P.O. Box 9210<br>Des Moines, IA 50306 | EAST BAY FUNDING, LLC<br>%RESURGENT CAPITAL SERVICES<br>P O BOX 288<br>GREENVILLE, SC 29603 |
| CITIBANK, N.A.<br>4740 121ST STREET<br>PAYMENT CENTER<br>URBANDALE, IA 50323 | | |